Clarence H. NICHOLS, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.

No. 176.

Circuit Court of Appeals, Second Circuit.

May 27, 1940.

C. O. Donahue, of New York City (C. O. Donahue and Albert S. Davis, Jr., both

of New York City, of counsel), for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, and Newton K. Fox, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Order reversed on the authority of Helvering v. Fuller, 309 U.S. —, 60 S.Ct. 784, 84 L.Ed. —.